1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TROY CONRAD MCKAY, ) | No. CV 11-2939-SJO (PLA) |
| ) | |
|        Petitioner, ) | **ORDER ADOPTING MAGISTRATE** |
| ) | **JUDGE'S REPORT AND** |
|        v. ) | **RECOMMENDATION** |
| ) | |
| FRANCISCO J. QUINTANA, Warden, ) | |
| ) | |
|        Respondent. ) | |
| ―――――――――――――――――――) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the

magistrate judge's report and recommendation. The Court agrees with the recommendations of

the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.     The report and recommendation is adopted.

2.     Judgment shall be entered consistent with this order.

3.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 25, 2011.

*S. James Otero*

―――――――――――――――――――
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE