# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TROY CONRAD MCKAY, | ) No. CV 11-2939-SJO (PLA) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| FRANCISCO J. QUINTANA, Warden, | ) |
| Respondent. | ) |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: October 25, 2011.

_S. James Otero_
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE